760 A.2d 1121

IN THE MATTER OF BRYAN F. FERRICK, AN ATTORNEY AT LAW.

November 9, 2000.

### · ORDER

This matter having been duly presented to the Court, it is ORDERED that **BRYAN F. FERRICK** of **SHREWSBURY**, who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of three months effective August 9, 2000, by Order of this Court dated July 17, 2000, be restored to the practice of law, effective immediately.